FILED - GR
March 5, 2025 12:06 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB / 3/5

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

JEFFERY JACKSONEL, Moorish American, The Emperor of the Moorish Empire, Special Appearance in Propria Persona, Plaintiff,

v.

GRAND RAPIDS POLICE DEPARTMENT (GRPD), DETECTIVE ZACHARY KAISER, in both his individual and official capacity, Defendants.

Case No.: [To be assigned] Judge: [To be assigned]

1:25-cv-247
Paul L. Maloney
United States District Judge

---

CIVIL COMPLAINT FOR VIOLATIONS OF DUE PROCESS (5TH AMENDMENT), EQUAL PROTECTION, UNLAWFUL RACIAL MISCLASSIFICATION, ASSUMPTION OF JURISDICTION, OBSTRUCTION OF JUSTICE, BREACH OF FIDUCIARY DUTIES, FRAUD, AND VIOLATION OF TREATY RIGHTS

COMES NOW, Plaintiff JEFFERY JACKSONEL, Moorish American, The Emperor of the Moorish Empire, bringing this civil action against GRAND RAPIDS POLICE DEPARTMENT (GRPD) and DETECTIVE ZACHARY KAISER, in both his individual and official capacity, for violations of the 5th Amendment (Due Process), Equal Protection, Treaty of Peace and Friendship (1786 & 1836), Supremacy Clause (Article VI), 42 U.S.C. § 1983, fraud, breach of fiduciary duty, and controlling appellate law within the 6th Circuit.

---

JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question Jurisdiction) and 28 U.S.C. § 1343 (Civil Rights Violations), as the case arises under the U.S. Constitution, treaty law, and federal statutes.

2. The violations alleged involve constitutional due process rights, equal protection violations, international treaty protections, and federal civil rights laws, making this a federal matter.

3. Venue is proper in the Western District of Michigan, as the events giving rise to this action occurred in Grand Rapids, Michigan.

---

COUNT I: VIOLATION OF DUE PROCESS (5TH AMENDMENT), EQUAL PROTECTION, UNLAWFUL RACIAL MISCLASSIFICATION, AND ASSUMPTION OF JURISDICTION BY GRAND RAPIDS POLICE DEPARTMENT (GRPD)

4. GRPD unlawfully classified Plaintiff as "Black" on an official police report without Plaintiff's consent or lawful justification, in violation of his due process and equal protection rights under the 5th Amendment.

5. The Equal Protection Clause prohibits government entities from arbitrarily classifying individuals in a way that denies them equal legal status.

6. The Office of Management and Budget (OMB), which governs racial classifications, requires self-identification, which GRPD failed to follow.

7. This misclassification wrongfully asserted jurisdiction over Plaintiff, violating his recognized status as a Moorish American and subjecting him to legal standards that do not apply to him.

8. The misclassification violates the Treaty of Peace and Friendship (1786 & 1836), which mandates that Moors within U.S. jurisdiction are to be recognized accurately and not subjected to identity distortion.

9. The Supremacy Clause (Article VI) of the U.S. Constitution affirms that treaties are the supreme law of the land. GRPD's violation of this treaty is therefore unconstitutional.

10. Plaintiff has suffered political, legal, and social injury due to this misclassification, as well as a deprivation of his right to due process.

---

COUNT II: VIOLATION OF DUE PROCESS (5TH AMENDMENT), EQUAL PROTECTION, OBSTRUCTION OF JUSTICE, BREACH OF FIDUCIARY DUTIES, AND UNLAWFUL CASE CLOSURE BY DETECTIVE ZACHARY KAISER

11. On February 27, 2025, Plaintiff called GRPD to inform them that if his case was not rectified by the following week, he would be adding GRPD to his civil complaint against Trinity Health.

12. On March 3, 2025, Detective Kaiser unlawfully closed the case with no documented proof of when the investigation occurred.

13. Detective Kaiser failed to conduct an independent and impartial investigation by:

Failing to document when the video footage review took place.

Failing to identify who was present during the review.

Viewing the footage with Trinity Health's security department rather than independently reviewing evidence, creating a conflict of interest.

Failing to provide a documented chain of custody for the evidence.

Closing the case immediately after Plaintiff's phone call, raising concerns of obstruction and retaliation.

14. Plaintiff asserts that this case closure was retaliatory, unlawful, and violated his due process rights under the 5th Amendment.

15. By failing to conduct an independent review, Detective Kaiser obstructed justice and deprived Plaintiff of legal recourse.

Breach of Fiduciary Duties

16. As a law enforcement officer, Defendant Kaiser had a fiduciary duty to conduct a fair and impartial investigation in the interest of justice.

17. By failing to properly investigate, withholding documentation, and potentially colluding with Trinity Health's security personnel, Defendant Kaiser breached his fiduciary duties.

18. This breach of duty directly led to an unjust case closure, depriving Plaintiff of his right to due process and justice.

Fraud

19. Defendant Kaiser knowingly misrepresented the facts in the official police report, falsely stating that there was no assault or wrongdoing despite video evidence proving otherwise.

20. By deliberately omitting key facts, failing to document proper investigatory procedures, and misleadingly closing the case, Defendant Kaiser engaged in fraudulent conduct.

21. This fraud was intended to deprive Plaintiff of justice and protect Trinity Health's security personnel from criminal and civil liability.

Violation of Treaty of Peace and Friendship (1786 & 1836)

22. Plaintiff, as a Moorish American, is a protected person under the Treaty of Peace and Friendship.

23. Detective Kaiser's unlawful case closure directly violates this treaty, denying Plaintiff the legal protections and due process rights guaranteed under the agreement.

24. The Treaty mandates that Moors receive fair treatment and justice within U.S. jurisdiction, which Detective Kaiser's actions disregarded.

---

RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests the following relief:

A. A declaratory judgment that GRPD violated Plaintiff's due process and equal protection rights by unlawfully misclassifying his racial identity. B. A declaratory judgment that Detective Kaiser violated Plaintiff's due process and equal protection rights by unlawfully closing the case, obstructing justice, and engaging in fraud. C. An injunction requiring GRPD to correct Plaintiff's racial misclassification and prohibit future racial classifications without self-identification. D. An injunction requiring Detective Kaiser and GRPD to follow proper investigatory procedures including independent review of evidence. E. Compensatory damages in the amount of $5,000,000 in SPECIE CURRENCY, pursuant to constitutional monetary standards. F. Punitive damages against Detective Kaiser for fraud, breach of fiduciary duty, and willful obstruction of justice. G. Costs and attorney's fees pursuant to 42 U.S.C. § 1988. H. Any other relief this Court deems just and equitable.

---

Respectfully submitted,

JEFFERY JACKSONEL Moorish American, The Emperor of the Moorish Empire Special Appearance in Propria Persona

jeffery jacksonEL
 1238 Calvin Avenue Southeast
Grand Rapids, MI 49506

sign: *[signature]*
date: 03-05-2025

---